```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   JAMES ANDERSON,                 )
                                     )
 4             Plaintiff,            )
                                     )
 5             v.                    )   No. 17 CV 06104
                                     )
 6   LOGITECH, INC.,                 )   Chicago, Illinois
                                     )   June 5, 2018
 7             Defendant.            )   9:11 a.m.

 8                     TRANSCRIPT OF PROCEEDINGS

 9           BEFORE THE HONORABLE HARRY D. LEINENWEBER

10   APPEARANCES:

11   For the Plaintiff:      KAPLAN FOX & KILSHEIMER, LLP
                             BY:  MR. MATTHEW B. GEORGE
12                           350 Sansome Street, Suite 400
                             San Francisco, California 94104
13                           (415) 772-4700
                             mgeorge@kaplanfox.com
14
     For the Defendant:      WILSON ELSER MOSKOWITZ EDELMAN &
15                           DICKER, LLP
                             BY:  MR. DAVID M. GOLDHABER
16                           55 West Monroe Street, Suite 3800
                             Chicago, Illinois 60603
17                           (312) 704-0550
                             david.goldhaber@wilsonelser.com
18

19   Court Reporter:         Judith A. Walsh, CSR, RDR, F/CRR
                             Official Court Reporter
20                           219 South Dearborn Street, Room 1944
                             Chicago, Illinois 60604
21                           (312) 702-8865
                             judith_walsh@ilnd.uscourts.gov
22

23

24

25
```

1      (Proceedings heard in open court:)
2           THE CLERK:  17 C 6104, Anderson versus Logitech.
3           MR. GEORGE:  Good morning, your Honor.  Matthew
4  George for plaintiff.
5           MR. GOLDHABER:  Good morning, Judge.  David Goldhaber
6  for the defendant.
7           THE COURT:  All right.  This is -- you are moving
8  for -- to compel arbitration?
9           MR. GOLDHABER:  Yes, Judge.  We're here for status
10 and two motions that we noticed up, the first being our motion
11 to compel arbitration and the second being to stay discovery
12 until the arbitration issue is decided by the Court.
13          MR. GEORGE:  Your Honor, yes.  So I guess we would
14 just ask maybe until, I think, the last Friday in June to
15 respond to the motion.
16          THE COURT:  Okay.  This is a motion to compel.
17          MR. GEORGE:  And I would just note we've already
18 defeated one motion to stay, so I think the second motion to
19 stay is less than appropriate.
20          THE COURT:  Well --
21          MR. GOLDHABER:  The first motion --
22          THE COURT:  -- you can raise that -- I'll leave it,
23 the motion -- I'll stay, at least until we get -- so anyway,
24 you're going to respond?
25          MR. GEORGE:  I think it's the 29th.  Is that what is

1  on the Court's calendar?
2           THE COURT:  6/29.  And how much time -- seven days to
3  reply.
4           THE CLERK:  July 9th.
5           THE COURT:  And then we'll set it for ruling in early
6  September.
7           THE CLERK:  September 6th at 9:00 a.m.
8           MR. GEORGE:  Is that the Tuesday after Labor Day?  I
9  think I'm going to be on vacation.
10          THE CLERK:  It's a Thursday.  Do you want to go the
11 following week?
12          MR. GEORGE:  That's a Thursday?  That should work.
13          THE CLERK:  Thursday, September 6th.
14          THE COURT:  Okay.  Thank you.
15          MR. GEORGE:  Can I -- your Honor, one more thing.  I
16 just want to note on the discovery issue, there is some
17 discovery that may be relevant to the arbitration motion, so I
18 want to make sure that we're still allowed to pursue that
19 pending the motion.
20          THE COURT:  Well, you can.  Certainly, I notice that
21 it's supported by several affidavits.  Obviously, you'd be
22 entitled to --
23          MR. GOLDHABER:  We're happy to confer with counsel on
24 those issues.
25          MR. GEORGE:  Yes.  We've already issued those

1  requests, so I'd like to at least make sure we get through
2  that.
3         THE COURT:  All right.  Thank you.
4         MR. GEORGE:  All right.  Thank you, your Honor.
5         MR. GOLDHABER:  Just to confirm, you're talking about
6  the requests that were served, the merit-based discovery, or
7  the new --
8         MR. GEORGE:  There were discovery requests to the
9  arbitration issue in that batch, and then we may have
10 additional requests pending.
11        THE COURT:  All right.  Thank you.
12        MR. GEORGE:  Thank you.
13        MR. GOLDHABER:  Thank you.
14     (Proceedings adjourned at 9:14 a.m.)
15                      * * * * * * 
16                    C E R T I F I C A T E
17     I, Judith A. Walsh, do hereby certify that the
18 foregoing is a complete, true, and accurate transcript of the
19 proceedings had in the above-entitled case before the
20 Honorable HARRY D. LEINENWEBER, one of the judges of said
21 court, at Chicago, Illinois, on June 5, 2018.
22
   /s/ *Judith A. Walsh, CSR, RDR, F/CRR*_____          June 19, 2018
23
   Official Court Reporter
24 United States District Court
   Northern District of Illinois
25 Eastern Division