UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES ANDERSON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH INC.<br>Defendant. | Case No. 1:17-cv-06104 |

**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY ALEXANDER L. REICH**

NOW COMES Defendant, LOGITECH INC., by and through its attorney, Alexander L. Reich, and respectfully moves this Court to Withdraw his Appearance on behalf of Defendant. In support thereof, Defendant states as follows:

1. Defendant hereby withdraws its Appearance of Alexander L. Reich.

2. Defendant continues to be represented by David M. Holmes, David M. Goldhaber, and Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker, LLP, in this matter.

WHEREFORE, Alexander L. Reich, previously of the law firm of Wilson Elser Moskowtiz Edelman & Dicker, LLP, respectfully requests leave to withdraw his Appearance on behalf of Defendant Logitech Inc.

Dated: December 18, 2018

Respectfully submitted,
/s/ Alexander L. Reich
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
(312) 876-6925
alexander.reich@saul.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2018, I electronically filed the aforesaid document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Alexander L. Reich