**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JAMES ANDERSON,** individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>   v.<br><br>**LOGITECH INC.,**<br><br>                    Defendant. | Case No. 1:17-cv-06104<br><br>CLASS ACTION<br><br>Judge Harry Leinenweber |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Parties' Joint Stipulation to Dismiss This Action Without Prejudice, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders the following:

1. Plaintiff's First Amended Complaint is voluntarily dismissed without prejudice;

2. Plaintiff's claims are tolled pending final approval of the settlement pending before the Alameda County Superior Court;

3. The Parties shall stipulate to a voluntary dismissal of this action with prejudice following the final approval of the class-wide settlement pending before the Alameda County Superior Court; and

4. No party in this action shall be considered a prevailing party for purposes of recovery of attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 8/3/2021

                                        HON. HARRY D. LEINENWEBER
                                        United States District Court Judge